# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHAWNDEE MILLS

NO. 2026 CW 0005

VERSUS

STACY NEWMAN, M.D.

**JUNE 1, 2026**

---

In Re:    Shawndee Mills and Iesha Mills, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2025000896.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT NOT CONSIDERED.** This writ application appears to be untimely. The denial of the pauper motion was signed by the court on June 26, 2025, and this writ application was filed more than thirty days later. Relators did not produce documentation sufficient to show the original writ application was timely filed.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

                              MRT
                              KEB
                              BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.